JOHN RINGLING ESTATES, A CORPORATION, *Appellant*, v. Z. G. DUNN, *Appellee*.

Division B.

Decision Filed April 4, 1928.

*Burket & Fish, Harold H. Flower, Francis C. Dart* and *F. W. Dart*, for Appellant;

*John J. Strickland*, for Appellee.

PER CURIAM.—This appeal is from an order overruling a general demurrer to a bill of complaint praying for the specific enforcement of a contract to convey real estate. The bill of complaint does not wholly fail to state an equity for appropriate relief and the general demurrer was properly overruled.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.